**No. 09-10437. Frank Guillory, Sr., Petitioner v. Burl Cain, Warden.**

561 U.S. 1015, 130 S. Ct. 3478, 177 L. Ed. 2d 1071, 2010 U.S. LEXIS 4983.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 360 Fed. Appx. 585.